IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 26-cv-02114-CYC

BENJAMIN MEJIA TREJO,

        Petitioner,

v.

GEORGE VALDEZ, Acting Field Office Director, Denver Field Office, Immigration and Customs Enforcement;
JUAN BALTAZAR, Warden, Denver Contract Detention Facility;
MARKWAYNE MULLIN, Secretary, Department of Homeland Security; and
TODD BLANCHE, Acting U.S. Attorney General,

        Respondents.

---

## ORDER TO SHOW CAUSE

---

**Cyrus Y. Chung, United States Magistrate Judge.**

This matter is before the Court on the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"), ECF No. 1, and the Application for Issuance of Order to Show Cause, ECF No. 4, filed by Petitioner Benjamin Mejia Trejo ("Petitioner"). The Petitioner is currently detained at the Denver Contract Detention Facility in Aurora, Colorado, which is under the custody and control of the respondents. ECF No. 1 ¶¶ 6, 10–14. Among other things, he seeks a Court order instructing the respondents to release him or, alternatively, an order requiring the respondents to provide him with a bond hearing at which the government bears the burden of proof. He also requests: an order prohibiting the respondents from transferring him out of this District while this action proceeds, that the Court issue an Order to Show Cause, and attorney's fees and costs. *Id*. at 24–26. The Application for Issuance of Order to Show Cause similarly asks the Court to issue an Order to Show Cause with a three-day turnaround, among other things. ECF No. 4 at 1–3.

1

Upon review of the Petition, it is hereby ORDERED that, **on or before May 21, 2026**, the Petitioner shall file proof of service on the respondents with the Petition. *See* ECF No. 4 at 2 (noting that the petitioner "sent the Petition and related attachments" to the respondents via U.S. mail on May 16, 2026). Counsel for the respondents shall promptly enter their notices of appearance.

It is further ORDERED that, **on or before May 28, 2026**, the respondents shall **SHOW CAUSE** why the Petition shall not be granted. *See, e.g., Florez Marin v. Baltazar*, No. 25-cv-03697-PAB, ECF No. 5 at 1 (Nov. 19, 2025); *Yassine v. Collins*, No. 1:25-cv-00786-ADA-SH, 2025 WL 1954064, at *1 (W.D. Tex. July 7, 2025) (explaining that while § 2243 refers to a three day deadline, this requirement is "subordinate to the district court's authority to set deadlines" itself, and granting respondents a fourteen day deadline to respond in order to "give [r]espondents adequate time to brief the issues" (quotations omitted)). It is further ORDERED that the Petitioner may file a reply **on or before June 4, 2026**.

It is further ORDERED that, pursuant to D.C.COLO.LCivR 40.1(c)(4), the deadline to file the Consent/Non-Consent to United States Magistrate Judge Jurisdiction form, ECF No. 3, is **May 28, 2026**.

Pursuant to the All Writs Act, and in order to preserve the Court's jurisdiction, it is further ORDERED that the respondents **SHALL NOT REMOVE** the Petitioner from the District of Colorado or the United States unless or until this Court or the Court of Appeals for the Tenth Circuit vacates this Order. *See Vizguerra-Ramirez v. Choate*, No. 25-cv-00881-NYW, ECF No. 11 at 4–5 (D. Colo. Mar. 21, 2025) (collecting cases); *Leyva Ramirez v. Baltazar*, No. 26-cv-00199-NYW, ECF No. 16 at 1–2 (D. Colo. Jan. 21, 2026).

It is further ORDERED that the Application for Issuance of Order to Show Cause, ECF No. 4, is **GRANTED in part** only to the extent it asks the Court to issue an Order to

Show Cause, which this order constitutes, and is **DENIED** in all other respects.

Entered and dated this 20th day of May, 2026, at Denver, Colorado.

BY THE COURT:

Cyrus Y. Chung
United States Magistrate Judge

3