# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02114-CYC

BENJAMIN MEJIA TREJO,

     Petitioner,

v.

GEORGE VALDEZ, Acting Field Office Director, Denver Field Office, Immigration and Customs Enforcement;
JUAN BALTAZAR, Warden, Denver Contract Detention Facility;
MARKWAYNE MULLIN, Secretary, Department of Homeland Security; and
TODD BLANCHE, Acting U.S. Attorney General,

     Respondents.

---

## JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the Order (ECF No. 11) by Magistrate Judge Cyrus Y. Chung entered on May 29, 2026, it is

ORDERED that the Petition, ECF No. 1, is GRANTED in part.

It is FURTHER ORDERED that this case is closed.

Dated this 29th day of June, 2026.

FOR THE COURT:
JEFFREY P. COLWELL

By: _____
S. Price Deputy Clerk